# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIE M. CORREA, et al.,<br><br>　　　　Defendants. | No. CV 00-10130-AHS (AGRx)<br><br>ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR MARIE M. CORREA |

IT IS HEREBY ORDERED THAT Marie M. Correa all appear personally before this Court to furnish information to aid in enforcement of a money judgment against Ms. Correa.

MARIE M. CORREA is ordered to appear on Tuesday, August 12, 2008, at 10:00 a.m., before United States Magistrate Judge Alicia G. Rosenberg, in Courtroom D of the United States District Court, Central District of California, 312 North Spring Street, 8th Floor, Los Angeles, California 90012.

**This order must be served not less than 10 days before the date set for the examination.** This order may be served by a sheriff, marshal, or registered process server.

1 **NOTICE TO JUDGMENT DEBTOR:  If you fail to appear at the time and place**
2 **specified in this order, you may be subject to arrest and punishment for contempt**
3 **of court, and the court may make an order requiring you to pay the reasonable**
4 **attorney fees incurred by the judgment creditor in this proceeding.**
5     IT IS SO ORDERED.

7 DATED: June 13, 2008

                              ALICIA G. ROSENBERG
                    UNITED STATES MAGISTRATE JUDGE